# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 9, 2015

## NO. 03-13-00526-CV

**Pharmserv, Inc., Appellant**

**v.**

**Texas Health and Human Services Commission; Office of the Inspector General of the Texas Health and Human Services Commission; Kyle Janek, in his Official Capacity as Commissioner of Texas Health and Human Services Commission; and Stuart W. Bowen, Jr., in his Official Capacity as Inspector General, Appellees**

**APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN AFFIRMED IN PART; REVERSED AND REMANDED IN PART -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on July 24, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. The Court reverses the portion of the judgment that dismisses Pharmserv's claims and remands the case to the trial court for further proceedings consistent with the Court's opinion. The Court affirms the remainder of the trial court's judgment. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.